**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

MELINA N. JACOBS, *on behalf of herself
and all others similarly situated*,

        *Plaintiff*,

    v.

VERIZON COMMUNICATIONS, INC., *et
al.*,

        *Defendants*.

Case 18-mc-0144 (RDM)

---

**ORDER**

At the Plaintiff's request and with the consent of the "person[s] subject to the subpoena,"

Fed. R. Civ. P. 45(f), Plaintiff's motion to enforce the subpoenas, Dkt. 1, is hereby

**TRANSFERRED** to the United States District Court for the Southern District of New York,

where the underlying dispute is pending.  The Court concludes that the transfer is both

unopposed and in the interest of judicial efficiency.

    **SO ORDERED.**

                    /s/ Randolph D. Moss
                    RANDOLPH D. MOSS
                    United States District Judge

Date:  November 1, 2018